BARBARA P. ANDERSON et al., Respondents, v WHEC-TV et al., Appellants, et al., Defendants. (Appeal No. 1.) — Order unanimously modified and, as modified, affirmed, without costs, in accordance with same memorandum as in *Anderson v WHEC-TV* (Appeal No. 2) (92 AD2d 747). (Appeal from order of Supreme Court, Monroe County, Siracuse, J. — dismiss affirmative defense.) Present — Hancock, Jr., J. P., Doerr, Denman, Boomer and Schnepp, JJ.